## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY R. LUCERO,** | : | **CIVIL ACTION NO. 1:11-CV-142** |
| **Petitioner** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **RICARDO MARTINEZ, Warden,** | : | |
| **Respondent** | : | |

### ORDER

AND NOW, this 18th day of September, 2012, upon consideration of the Report and Recommendation of United States Magistrate Judge Malachy E. Mannion (Doc. 23), recommending that the petition for writ of habeas corpus (Doc. 1) be dismissed, and, following an independent review of the record and noting that petitioner filed objections[1] to the report on April 25, 2012 (Doc. 24), and the court finding Judge Mannion's analysis to be thorough and well-reasoned, and the court finding petitioner's objections to be without merit and squarely addressed by Judge Mannion's Report (Doc. 23), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)).  "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'"  Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1.     The Report and Recommendation of Magistrate Judge Mannion (Doc. 23) are ADOPTED.

2.     The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

3.     The Clerk of Court is directed to CLOSE this case.


　　S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge